# EXHIBIT 6 a

# –

# FIRST TRUST DEED


**Bank of America**
**Home Loans**
*Payoff Department, Mail Stop TX2-977-01-17*
*5401 N. Beach St.*
*Ft. Worth, TX 76137-2733*

# PAYOFF DEMAND STATEMENT

| Statement Void After September 8, 2009 |
|---|

Statement Date
August 25, 2009

**BAC Home Loans Servicing, LP**
**Loan No.:    22419787-1**

Gavin Aylward
Dona Law Firm
635 Camino DE Los Mares 100
San Clemente, CA 92673

**Name & Property Address:**
Joseph Aaron Steers
Sonia Yamara Steers
15371 Brianne Lane
Fontana, CA 92336

Escrow #                Attn:
Faxed to:      1-949-334-5294

## This loan is in Bankruptcy.
(CONV)

| | | |
|---|---|---:|
| **PAYOFF** | Principal Balance as of 08/01/2009 | $377,272.08 |
| **CALCULATION** | Interest from 08/01/2009 to 09/08/2009 | 2,272.14 |
| | County Recording Fee | 12.00 |
| | Less: Partial Payment Balance | 6.00 - |
| **Total Amount Required to Release Lien** (As of September 8, 2009) | | **$379,550.22** |
| | Expedited Payoff Service Fee | 30.00 |
| **Total Amount Due** | | **$379,580.22** |

*AMENDED DEMAND STATEMENTS ARE SENT AUTOMATICALLY IF THE TOTAL AMOUNT DUE INCREASES BEFORE SEPTEMBER 8, 2009.*

To provide you with the convenience of an extended 'Statement Void After' date, the Total Amount Due may include estimated fees, costs, additional payments and/or escrow disbursements that will become due prior to the 'Statement Void After' date, but which are not yet due as of the date this Payoff Statement is issued. You will receive a refund if you pay the Total Amount Due and those anticipated fees, expenses, or payments have not been incurred.

### INTEREST CALCULATIONS

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Adjustable rate mortgage loans may have more than one interest rate in effect during the period in which this demand statement applies. Amended demand statements are sent automatically if the total amount due increases before September 8, 2009.**

| Daily Interest[1] | From | To | Interest rate |
|---|---|---|---|
| 60.7253 | 09/01/2009 | 09/08/2009 | 5.8750 |

[1]Daily Interest = Principal Balance x Interest Rate ÷ 365

### PAYOFF INSTRUCTIONS

Payoff funds must be made payable to **BAC Home Loans Servicing, LP** and will be accepted by **WIRE** or **CERTIFIED FUNDS ONLY**. They **MUST** reference the **BAC Home Loans Servicing, LP loan number, property address and borrower's name** in the OBI (Originator Beneficiary Information) field of the wire transfer or on the face of the check and must be sent per the instructions below. Failure to do so may cause delays resulting in additional interest due or the return of the funds to the remitter. Funds received after 3:00 p.m. Central Time may be posted the following business day.

| Wire Funds to: | Mail CERTIFIED Funds to: |
|---|---|
| Beneficiary Bank: Bank of America | BAC Home Loans Servicing, LP |
| ABA Routing #: 0260-0959-3 | Attention: Payoff Department, Mail Stop TX2-977-01-17 |
| Beneficiary Acct Name: MRC | 5401 N. Beach St. |
| MRC Account #12356-19173 | Ft. Worth, TX 76137-2733 |
| Reference: Joseph Aaron Steers | |
| Loan Number: 22419787-1 | |

**PLEASE DO NOT SEND CERTIFIED FUNDS TO THE WIRE FUNDS INSTRUCTIONS ABOVE AS CERTIFIED FUNDS MUST BE PROCESSED IN OUR PAYOFF DEPARTMENT.**

This communication is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.
BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.
Please call 1-800-669-5833 for updated payoff information within 24 hours of submitting funds.
See following page for important information.                    S310L1  8178 03/31/2008

| BAC Home Loans Servicing, LP<br>Loan No: 22419787-1 | Statement Date:<br>August 25, 2009 | Statement Void After:<br>September 8, 2009 |
|---|---|---|

The following escrow items may be disbursed prior to our receipt of payoff funds:

| ESCROW<br>ACCOUNT<br>INFORMATION | Escrow Item | Last Pmt Date | Last Pmt Amt | Next Due Date |
|---|---|---|---|---|
| | County Tax | 03/16/2009 | 2,503.16 | 03/31/2010 |
| | County Tax | 11/28/2008 | 2,503.19 | 11/30/2009 |
| | Hzd:California Casualty Group | 12/24/2008 | 1,667.00 | 01/22/2010 |

*YOUR CURRENT ESCROW BALANCE IS $3,671.46 AND MAY NOT BE USED AS A CREDIT TOWARD PAYOFF. BAC HOME LOANS SERVICING, LP AUTOMATICALLY PROCESSES ESCROW REFUNDS 14 DAYS AFTER PAYOFF IN ORDER TO ENSURE ALL OUTSTANDING FUNDS HAVE CLEARED.*

### AUTOMATIC PAYOFF UPDATES

BAC Home Loans Servicing, LP provides free estimated payoff information through an automated telephone system at 1-800-669-5833, if all payoff figures are available. You have elected to purchase BAC Home Loans Servicing, LP's written expedited payoff service, for a charge of $30.00, which includes free automatic updates through the expiration of the demand. **The payment of this fee is NOT a condition for the release or reconveyance of the Security Instrument.** If you request further written payoffs, they will be subject to an additional charge of $30.00 per statement (up to a maximum of $90.00), if allowed by applicable law.

### PAYOFF OVERAGES

If BAC Home Loans Servicing, LP receives funds greater than the amount required to pay off your loan, we will automatically process the overage within 14 days after payoff and return the excess amount to you. **If an address change is being submitted on behalf of the borrower, the form MUST be signed by the borrower for the address change to take effect.**

### BANKRUPTCY DISCHARGE

If you have received a discharge of this debt in a bankruptcy, you have no personal obligation to repay this debt. However, the lender may still foreclose on your property if the debt is not paid as required by the loan documents. This payoff statement is provided at your request and for your convenience. This is not an attempt to collect a debt that has been discharged, nor a demand for payment.

### ADDITIONAL INFORMATION

**The payoff amount indicated in this statement is subject to change for various reasons, including but not limited to the following:**

- We may not have posted a recently submitted payment; (Please **DO NOT** place a stop payment on any check.)
- A fee may be assessed if a payment is returned unpaid by your financial institution for any reason;
- Additional or anticipated fees and costs may be incurred relating to collection, foreclosure, bankruptcy, or other defaults on your loan;
- Adjustments may be required to reflect disbursements made by, or payments owed to, your prior lender if the servicing of your loan was transferred to BAC Home Loans Servicing, LP;
- Late charges may be assessed for delinquent payments received after: 09/16/2009;
- Funds may be deducted from your escrow account to pay taxes, insurance or other escrow items that become due.

Automated Payoff Request Line: 1-800-669-5833　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 1-888-836-8714

**Nota:** Si necesita la información incluida en la Demanda de Liquidación traducida al español, por favor comuníquese con nuestro Departamento de Servicio al Cliente al **1-800-669-6607**.

| In re: | CHAPTER: **13** |
|---|---|
| **Joseph Aaron Steers** <br> **Sonia Yamara Steers** <br> Debtor(s). | CASE NUMBER: **6:09-bk-27491** |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**635 CAMINO DE LOS MARES, SUITE 100, SAN CLEMENTE, CA 92673**

The foregoing document described __SUPPLEMENTAL EXHIBIT 6A IN REFERENCE TO NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUST DEED HOLDER WASHINGTON MUTUAL MORTGAGE UNDER 11 USC 506 AND 11 USC 1322(b)(2)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document On __8/26/2009__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Rod (TD) Danielson notice-efile@rodan13.com
Gregory J Doan ecf@doanlaw.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __8/26/2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F R Civ P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| **August 26, 2009** | **GAVIN AYLWARD** | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

| In re: | CHAPTER **13** |
|---|---|
| **Joseph Aaron Steers** <br> **Sonia Yamara Steers** <br> Debtor(s). | CASE NUMBER **6:09-bk-27491** |

## ADDITIONAL SERVICE INFORMATION (if needed):

### *Served via USPS Mail:*

**Honorable Thomas B. Donovan**
United States Bankruptcy Court –
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

JP Morgan Chase Bank - Agent for Service of Process
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Bank of America, N.A. -
Countrywide Home Lending
4500 Park Granada Blvd.,
Calabasas, CA 91302

Bank of America, N.A. - Agent for Service of Process
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

### *Served vis Certified Mail:*

Washington Mutual Mortgage
CEO - Alan H. Fishman
7255 Bay Meadows
Jacksonville, FL 32256

Bank of America - Countrywide Home Lending
CEO - Kenneth D. Lewis
100 North Tyron Street
Charlotte, NC 28255

JP Morgan Chase
CEO - James L. Dimon
1111 Polaris Pkwy
Columbus, OH 43240

This form is mandatory It has been approved for use by the United States Bankruptcy Court for the Central District of California

*January 2009*  **F 9013-3.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy